**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____   Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Clear Choice Installations Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2199934 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1092 Business Lane<br>Naples, FL 34110<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Collier<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    https://www.clearchoicefl.com/

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    **Clear Choice Installations Inc.**                          Case number (*if known*) _____
           Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __2361__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor **Clear Choice Installations Inc.**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **Clear Choice Shutters, Inc.** | Relationship **Affiliate** |
| District | **Middle District of Florida - Ft. Myers Division**　　When **06/02/23** | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**　_____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　☐ 5001-10,000　　　　　☐ 50,001-100,000
☐ 100-199　　　　　☐ 10,001-25,000　　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

Official Form 201　　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　　page 3

Debtor  **Clear Choice Installations Inc.**            Case number (*if known*) _____
        Name

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor   **Clear Choice Installations Inc.**
Name                                                              Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 2, 2023**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Kenneth B. Pytlik**
Printed name

Title   **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **June 2, 2023**
MM / DD / YYYY

**R. Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue
Suite 1120
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 337-2060**   Email address   **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Clear Choice Installations Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 2, 2023**

X _/s/ K.B. Pytlik_
Signature of individual signing on behalf of debtor

**Kenneth B. Pytlik**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Clear Choice Installations Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brighton at Bay Colony Condo Association, Inc. 8231 Bay Colony Drive Naples, FL 34108 | Eric A. Bevan, Esq. ebevan@foxrothchild.com 561-835-9600 | Breach of Contract | Contingent Disputed | | | Unknown |
| Gary and Debra Langeman 8723 Spikerush Lane Naples, FL 34109 | Edward K. Cheffy, Esq. ekcheffy@naplaslaw.com 239-261-9300 | Breach of Contract | Contingent Disputed | | | Unknown |
| ServiFirst Bank 4221 W. Boy Scout Blvd. Suite 100 Tampa, FL 33607 | | Personal property | | | | Unknown |
| Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384 | | Trade Debt | Disputed | | | $53,522.25 |
| Woods Weidenmiller, et al. 9045 Strada Stell Court, Sui Naples, FL 34109 | Gregory N. Woods gwoods@lawfirmnaples.com 239-325-4070 | Legal Fees | | | | $95,680.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Clear Choice Installations Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gherri L. Wheaton<br>1279 Venetian Way<br>Naples, FL 34110 | n/a | 50% | Member |
| Kenneth B. Pytik<br>1279 Venetian Way<br>Naples, FL 34110 | n/a | 50% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 2, 2023**

Signature *[signed]* Kenneth B. Pytik

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
Middle District of Florida

In re: Clear Choice Installations Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 2, 2023

Kenneth B. Pytlik/President
Signer/Title

| | | |
|---|---|---|
| Clear Choice Installations Inc.<br>1092 Business Lane<br>Naples, FL 34110 | Collier County Tax Collector<br>3291 Tamiami Trail East<br>Naples, FL 34112 | New Code Windows & Doors Inc<br>1092 Business Lane<br>Naples, FL 34110 |
| R.Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801 | E.S. Windows, LLC<br>10653 NE Quaybridge CT<br>Suite C 2<br>Miami, FL 33138 | Porter, Wright, Morris et al<br>Attn: Jeffrey Cecil, Esq.<br>9132 Strada Place, 3rd FL<br>Naples, FL 34108 |
| Bluroc A.P., Inc.<br>2947 NW 84th Way<br>Cooper City, FL 33024 | Edward K. Cheffy, Esq.<br>821 Fifth Avenue South<br>Miami, FL 33102 | ServiFirst Bank<br>4221 W. Boy Scout Blvd.<br>Suite 100<br>Tampa, FL 33607 |
| Brighton at Bay Colony<br>Condo Association, Inc.<br>8231 Bay Colony Drive<br>Naples, FL 34108 | Falk Law Firm, P.A.<br>7400 Trail Blvd., Ste 103<br>Naples, FL 34108 | Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384 |
| Builders Choice Hurricane<br>Windows & Doors, Inc.<br>1092 Business Lane<br>Naples, FL 34110 | Fox Rothchild LLP<br>Attn: Eric A. Bevan, Esq.<br>777 S. Flagler Dr., Ste 1700<br>West Palm Beach, FL 33401 | Woods Weidenmiller, et al.<br>9045 Strada Stell Court, Sui<br>Naples, FL 34109 |
| C.I. ENERGIA SOLAR S.A.S.E.<br>10653 NE Quaybridge CT<br>Suite C 2<br>Miami, FL 33138 | Gary and Debra Langeman<br>8723 Spikerush Lane<br>Naples, FL 34109 | |
| Clear Choice Group, Inc.<br>1092 Business Lane<br>Naples, FL 34110 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | |
| Clear Choice RE Holdings LLC<br>1279 Venetian Way<br>Naples, FL 34110 | Jesse C. Dreher<br>2947 NW 84th Way<br>Cooper City, FL 33024 | |
| Clear Choice Shutters, Inc.<br>1092 Business Lane<br>Naples, FL 34110 | Kenneth B. Pytik<br>1279 Venetian Way<br>Naples, FL 34110 | |